UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LEVELLE BROWNING,<br><br>  Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC.<br><br>  Defendant. | Case No. 1:23-cv-00078-JLT-CDB<br><br>ORDER GRANTING TAXIARCHIS HATZIDIMITRIADIS *PRO HAC VICE* APPLICATION<br><br>(Doc. 12) |

The Court has read and considered the application of Taxiarchis Hatzidimitriadis, attorney for Plaintiff Brian Levelle Browning, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 12). In light of the application and for good cause appearing, Taxiarchis Hatzidimitriadis's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **April 11, 2023**                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE